UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA SIEMIATKOWSKI,<br><br>        Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendant. | Case No. 19-cv-07782-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 45 DAYS**<br><br>Re: Dkt. No. 8 |

On February 18, 2020, the parties filed a joint notice of settlement. (Dkt. No. 8.) The parties requested 45 days to finalize the settlement documents and file a request for dismissal. (*Id.* at 1.) Accordingly, Plaintiff shall file a dismissal within 45 days of this order, absent any extension ordered by the Court.

The February 25, 2020 case management conference is VACATED.

IT IS SO ORDERED.

Dated: February 19, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge